# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Darrell Eugene Banks, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 1:12-cv-00166-MR |
| | ) | 1:09-cr-00052-MR-1 |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 6, 2014 Order.

Signed: January 6, 2014

Frank G. Johns, Clerk
United States District Court